STATE v. CAREY

No. 168P95

Case below: 118 N.C.App. 338

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

STATE v. CHOI

No. 172P95

Case below: 118 N.C.App. 338

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 June 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

STATE v. HUGHES

No. 187P95

Case below: 118 N.C.App. 573

Petition by plaintiff for temporary stay allowed 8 May 1995 pending receipt and determination of a timely filed petition for discretionary review.

STATE v. JOHNSON

No. 115P95

Case below: 117 N.C.App. 733

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 June 1995.

STATE v. KELLY

No. 200P95

Case below: 118 N.C.App. 589

Petition by the Attorney General for temporary stay allowed 22 May 1995 pending receipt and determination of a timely filed petition for discretionary review.